Katherine M. Holiday – WI Bar: 1088722
MAHANY LAW
8112 West Bluemound Road
Suite 101
Wauwatosa, WI 53213
Telephone: (414) 258-2375
Fax: (414) 777-0776
kholiday@mahanylaw.com

John Bruster "Bruse" Loyd – TX Bar: 24009032
Jones, Gillaspia & Loyd LLP
4400 Post Oak Pkwy, Ste. 2360
Houston TX 77027
Telephone: 713-225-9000
bruse@jgl-law.com

Michael Malk – CA Bar: 222366
Malk Law Firm
1180 South Beverly Drive, Suite 302
Los Angeles, CA 90035
Telephon: 310-203-0016
mm@malklawfirm.com

Joseph M. Tully – CA Bar: 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Telephone: (925) 229-9700
Joseph@Tully-Weiss.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| ANNE CANNON, AND ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiffs*, <br><br> v. <br><br> TELE PAY USA, and JUAN SOTO aka JUAN ORTIZ <br><br> *Defendants*. | Civil Action <br> FILE NO: 2:17-cv-04740-AB-RAO |

## DECLARATION OF ANNE CANNON AS TO DAMAGES

In support of Plaintiff's Motion for Entry of a Default Judgment, I state that:

1.  My name is E. Anne Cannon. I live in the City of Orlando, Orange County, Florida.

2.  I was an employee of Tele Pay, hired to field calls on its telephone sex chat lines and engage in sexually explicit talk for a fee paid directly to Tele Pay by its customer from September 8, 2008-July 4, 2017.

3. I worked from home. I was required by Tele Pay to keep a land-line telephone in my home. I was required by Tele Pay to stay in my home, within reach of my personal computer and land-line telephone, for certain periods of time to be available to field calls from Tele Pay's customers.

4. In a typical week, I fielded dozens of calls and maintained a weekly call average of 6 minutes per call. At that pace, I was paid at the rate of 10 cents per talk minute, or $6.00 an hour.

5. Frequently, the length of my calls fell below an average of 6 minutes per call, which decreased my income to 7 cents per minute, which is $4.20 per hour.

6. Tele Pay charges callers $5.00 per minute. I did not set the rates charged to callers.

7. If a call lasts only seconds and is never verified as a legitimate call from a customer seeking Tele Pay's services, it is included in my average call length calculation.

8. I was required to attend meetings convened by Tele Pay. At these meetings, "Don" gave the employees pointers on what to say on calls and how to keep their average up. He reminded us repeatedly, "Remember, it's not HOW MANY calls you take, but HOW LONG you keep these guys on the phone!"

9. Tele Pay micro managed me. It controlled all aspects of each call, even ordering that the calls be answered on the first ring, stressing how very important it is to pick up after the first ring or face termination.

10. During the time I was employed by Tele Pay, I did not have my own business of any type.

11. During the time I worked for Tele Pay, I did not hold any other positions.

12. I used Tele Pay computer equipment and software to perform my duties of employment.

13. Tele Pay is solely responsible for advertising and supplying the phone numbers for customers.

14. Tele Pay is also solely responsible for billing those customers.

15. I was required to work overtime hours in excess of 40 hours worked per week. I was not paid any overtime premiums for my hours worked over 40.

16. I worked an average of 67 hours per week. I was paid on average 4.20 for those hours. The total amount I was paid on average per week was $281.00.

17. The federal minimum wage is $7.25 per hour.

18. I should have been paid (67x7.25=485) $485.00 per week in minimum wage and (67-40=27 hours overtime; 7.25/2+7.25=10.88 overtime rate; 27x10.88=293.76) $293.76 in overtime premiums for a total of $778.76 per week.

19. On a weekly basis, I was not paid (778.76-281=497.76) $497.76 per week in minimum wage and overtime premium pay that I was entitled to.

20. I am claiming only 156 weeks' worth of damages, which is for the last 3 years I worked because the Fair Labor Standards Act has a three-year statute of limitations. I understand I cannot claim unpaid wages all of the way back to my start date in 2008.

21. Therefore, I am requesting (497.76x156=77,650.56) $77,650.56 of unpaid minimum wage and unpaid overtime premiums, and $77,650.56 in liquidated damages for a total of $155,301.12, plus attorneys' fees and costs.

22. This statement is true and signed under the penalty of perjury.

Dated: 3/7/2018

Signed: *Anne Cannon*
E. Anne Cannon

## CERTIFICATE OF SERVICE

I, Katherine M. Holiday, certify that Declaration of Anne Cannon as to Damages was served by U.S. Mail on ~~March 7, 2018~~ March 27, 2018 on:

Juan Soto aka Juan Ortiz 3178 Hadley Drive, Mira Loma, CA 91752

By:  s/Katherine Holiday
Katherine Holiday