Katherine M. Holiday – WI Bar: 1088722
MAHANY LAW
8112 West Bluemound Road
Suite 101
Wauwatosa, WI 53213
Telephone: (414) 258-2375
Fax: (414) 777-0776
kholiday@mahanylaw.com

John Bruster "Bruse" Loyd – TX Bar: 24009032
Jones, Gillaspia & Loyd
4400 Post Oak Pkwy, Ste. 2360
Houston TX 77027
Telephone: 713-225-9000
bruse@jgl-law.com

Michael Malk – CA Bar: 222366
Malk Law Firm
1180 South Beverly Drive, Suite 302
Los Angeles, CA 90035
Telephon: 310-203-0016
mm@malklawfirm.com

Joseph M. Tully – CA Bar: 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA  94553
Telephone: (925) 229-9700
Joseph@Tully-Weiss.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| ANNE CANNON,<br>AND ALL OTHERS<br>SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br><br><br>TELE PAY USA, and<br>JUAN SOTO aka JUAN ORTIZ<br><br>*Defendants*. | Civil Action<br>FILE NO: 2:17-cv-04740-AB-RAO<br><br>JURY TRIAL DEMANDED |

## NOTICE OF LODGING OF [PROPOSED] JUDGMENT IN A CIVIL ACTION AS TO JUAN SOTO aka JUAN ORTIZ

PLEASE TAKE NOTICE that Katherine Holiday hereby lodges the attached Proposed Judgment in a Civil Action as to Juan Soto aka Juan Ortiz.

Respectfully submitted this 8th day of July 2018.

**THE MAHANY LAW FIRM**

*/s/ Katherine M. Holiday*
Katherine M. Holiday
Wisconsin State Bar No. 1088722
*admitted pro hac vice*
P.O. Box 511328
Milwaukee, Wisconsin 53202
Telephone: 414.258.2375
Facsimile:  414.777.0776
kholiday@mahanylaw.com

**JONES, GILLASPIA & LOYD LLP**

*/s/ John Bruster Loyd*
John Bruster "Bruse" Loyd
Texas State Bar No. 24009032
*admitted pro hac vice*
4400 Post Oak Pkwy, Suite 2360
Houston, Texas 77027
Telephone: 713.225.9000
Facsimile:  713.225.6126
bruse@jgl-law.com

**TULLY & WEISS**

By:  /s/    Joseph M. Tully
Joseph M. Tully
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA  94553
P: (925) 229-9700
F: (925) 871-5999
Joseph@Tully-Weiss.com

**MALK LAW FIRM**

By:  /s/    Michael Malk
Michael Malk – CA Bar: 222366
Malk Law Firm
1180 South Beverly Drive, Suite 302
Los Angeles, CA 90035
Telephone: 310-203-0016
mm@malklawfirm.com

**ATTORNEYS FOR PLAINTIFF
ANNE CANNON**

**CERTIFICATE OF SERVICE**

I, Katherine M. Holiday, certify that the Notice of Lodging was served by U.S. Mail on July 9, 2018 on:

>Juan Soto aka Juan Ortiz
>3178 Hadley Drive
>Mira Loma, CA 91752

>By:  s/Katherine Holiday
>      Katherine Holiday