IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| ANNE CANNON, <br><br> *Plaintiff*, <br><br> v. <br><br><br> TELE PAY USA, and <br> JUAN SOTO aka JUAN ORTIZ <br><br> *Defendants*. | Civil Action <br> FILE NO: 2:17-cv-04740-AB-RAO |

### ~~[PROPOSED]~~ JUDGMENT IN A CIVIL ACTION AS TO JUAN SOTO aka JUAN ORTIZ

**IT IS HEREBY ORDERED AND ADJUDED THAT** Anne Cannon shall recover from the defendant Juan P. Soto aka Juan P. Ortiz the total amount of $158,904.11, plus post judgment interest at the rate of 2.54% per annum.

//

//

//

The total amount is comprised of:

a. $77,650.56 in unpaid minimum wage and unpaid overtime premiums;

b. $77,650.56 in liquidated damages; and

c. $3,602.99 in prejudgment interest.

Date: September 12, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE